IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00153-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      GERALD SMALL,

        Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a supervised release violation hearing regarding Defendant Small is set **Wednesday, September 5, 2012 at 9:00 a.m.** for one-half day, in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

DATED:  June 8, 2012
___