IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00153-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     GERALD SMALL,

        Defendant.

---

## MINUTE ORDER
---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to oral request of counsel, the evidentiary hearing regarding supervised release violation set **Tuesday, November 27, 2012 is VACATED and RESET for Monday, October 29, 2012 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

DATED:  September 11, 2012